No. 72–780. CALIFORNIA ADULT AUTHORITY ET AL. *v.* GRIFFIN ET AL.; and

No. 72–5770. M'CLARY *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Motion of respondents in No. 72–780 and of petitioner in No. 72–5770 for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated and cases remanded for further consideration in light of *Gagnon* v. *Scarpelli,* 411 U. S. 778 (1973). Reported below: No. 72–780, 464 F. 2d 585 and 602; No. 72–5770, 466 F. 2d 1122.

No. 72–5398. GARDNER *v.* McCARTHY, FACILITY SUPERINTENDENT. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Gagnon* v. *Scarpelli,* 411 U. S. 778 (1973).

No. A–1137. SMITH *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of mandate, presented to MR. JUSTICE DOUGLAS and by him referred to the Court, denied.

No. A–1164. MARBURGER, COMMISSIONER OF EDUCATION OF NEW JERSEY, ET AL. *v.* PUBLIC FUNDS FOR PUBLIC SCHOOLS OF NEW JERSEY ET AL. D. C. N. J. Application for stay of preliminary injunction, presented to MR. JUSTICE BRENNAN and by him referred to the Court, granted pending further order of this Court.

No. A–1173. RUDERER *v.* UNITED STATES ET AL. Applications for immediate equitable and all other relief, presented to MR. JUSTICE REHNQUIST and by him referred to the Court, denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these applications.